IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| CLIFFORD D. MATHEWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:22-cv-49 |
| | ) |
| HENRY HINES, TROY STUBBS, | ) |
| BART MERCER, MACK DAUGHERTY, | ) |
| DESIRAE LEWIS, BARRY SMITH, | ) |
| LUKE MCGINTY, MITCH SAVAGE, | ) |
| in their official and individual capacities and | ) |
| the ELMORE COUNTY COMMISSION. | ) |
| | ) |
| Defendants. | ) |

## PETITION FOR REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Henry Hines, Troy Stubbs, Bart Mercer, Mack Daugherty, Desirae Lewis, Barry Smith, Luke McGinty, Mitch Savage, and the Elmore County Commission, hereby give notice of removal of this action from the Circuit Court of Elmore County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division. As grounds, Defendants state as follows:

### Commencement of the Case

This action was commenced on December 27, 2021, with the filing of the Summons and Complaint in Civil Action No. CV-2021-900255.00 in the Circuit of Elmore County, Alabama. A copy of the Complaint is attached (along with all other state court pleadings, motions, orders, and other papers) as Exhibit A.

Defendants were served with copies of the Summons and Complaint on January 5, 2022. (Exhibit A, Doc.5)

### Jurisdictional Statement

This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1331. Plaintiff, a former employee of the Elmore County Commission, asserts claims for Violation of Title VII, 42 U.S.C. section 2000(3) *et seq.*, for National Origin Discrimination; Disparate Treatment, and two state law claims. (Exhibit A, Doc. # 2)

### Timeliness of Removal

This action has been timely removed, having been removed within 30 days of the service of the Complaint filed by Plaintiff. 28 U.S.C. § 1446(b).

### Removal to Middle District of Alabama, Northern Division

Pursuant to 28 U.S.C. § 1441(a), this action is being removed to this Court, which embraces the place where the action is pending in state court.

### Attachment of State Court Pleadings and Records

Pursuant to 28 U.S.C. § 1446(a), clear and legible copies of all process, pleadings, motions, orders, proceedings, and other papers filed in the Circuit Court of Elmore, Alabama, and served on Defendants in this action are attached at Exhibit A.

### Notice to State Court

Contemporaneously with the filing of this notice of removal in this Court, and in accordance with 28 U.S.C. § 1446(d), written notice of removal is being filed with the Clerk of the Circuit Court of Elmore County, Alabama, and is being served on Plaintiff's counsel. A copy of same is attached hereto as Exhibit B.

### No Admission by Defendant

No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, motions, and pleas are expressly reserved.

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of January 2022, I hand delivered a copy of the foregoing to be filed with the Clerk of the Court and electronically mailed a copy to the following CM/ECF participants:

Deborah M. Nickson
8436 Crossland Loop, Ste 112
Montgomery, AL 36117
debnicks@bellsouth.net

Larry L. Raby
Post Office Box 4751
Montgomery, AL 36103
lewisraby@yahoo.com

_____
OF COUNSEL

## Conclusion

For the foregoing reasons, Defendants are entitled to have this cause removed from the Circuit Court of Elmore County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division.

Respectfully submitted this 25th day of January 2022.

_____
CONSTANCE CALDWELL WALKER
(ASB-5510-L66C)
Attorney for Defendants

**OF COUNSEL:**

**WEBB MCNEILL WALKER, PC**
One Commerce Street, Suite 700
Montgomery, Alabama 36104
(334) 262-1850
cwalker@wmwfirm.com