IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CLIFFORD D. MATHEWS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | **2:22-cv-00049-SRW** |
| ) | |
| **HENRY HINES, TROY STUBBS,** ) | |
| **BART MERCER, MACK DAUGHERTY,** ) | |
| **DESIRAE LEWIS, BARRY SMITH,** ) | |
| **LUKE MCGINTY, MITCH SAVAGE,** ) | |
| in their official and individual capacities and ) | |
| the **ELMORE COUNTY COMMISSION.** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**COME NOW** Defendants Henry Hines, Troy Stubbs, Bart Mercer, Mack Daugherty, Desirae Lewis, Barry Smith, Luke McGinty, Mitch Savage, and the Elmore County Commission, Pursuant to Rule 12(b)(6), Fed. R.Civ. P., and move this Court to dismiss Plaintiff's claims against them in the Plaintiff's Complaint. Defendants show unto the Court that the grounds for dismissal are set forth in Defendants' Brief in Support of Motion to Dismiss Plaintiff's Complaint that is being filed concurrently with this motion.

**WHEREFORE, THE PREMISES CONSIDERED,** Defendants respectfully move this Court to dismiss Plaintiff's claims against them in the Plaintiff's Complaint and grant Defendants any other relief to which they may be entitled.

Respectfully submitted this 31st day of January, 2022.

                                              <u>s/ Constance Caldwell Walker</u>
                                              CONSTANCE CALDWELL WALKER
                                              (ASB-5510-L66C)
                                              Attorney for Defendants

OF COUNSEL:

**WEBB MCNEILL WALKER, PC**
One Commerce Street, Suite 700
Montgomery, Alabama 36104
(334) 262-1850
cwalker@wmwfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 31st day of January 2022, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participants:

Deborah M. Nickson
8436 Crossland Loop, Ste 112
Montgomery, AL 36117
debnicks@bellsouth.net

Larry L. Raby
Post Office Box 4751
Montgomery, AL 36103
lewisraby@yahoo.com

    s/Constance Caldwell Walker
    OF COUNSEL