IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLIFFORD D. MATHEWS, ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 2:22-cv-00049-SRW |
| ) | |
| HENRY HINES, TROY STUBBS, ) | |
| BART MERCER, MACK DAUGHERTY, ) | |
| DESIRAE LEWIS, BARRY SMITH, ) | |
| LUKE MCGINTY, MITCH SAVAGE, ) | |
| in their official and individual capacities and ) | |
| the ELMORE COUNTY COMMISSION. ) | |
|     Defendants. ) | |

**PLAINTIFF'S MOTION TO STAY RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Comes now the Plainitiff and moves this Court to stay the time for Plaintiff to response to the Defendants' pending Motion to Dismiss and as grounds states the following:

Presently pending is Defendants' Motion to Dismiss (Doc. 8). Plaintiff has filed a Motion to Remand this case to the state court which said Motion is pending.

This foregoing Motion to Stay should be granted because it would be in the interest of judicial efficiency and economy if the time limits for responding to the Motion to Dismiss is stayed until this Court issues a decision on the pending Motion to Remand. Further the Defendants would not be prejudiced if said Motion is granted and justice will be served.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order staying the response to Defendants' Motion to Dismiss.

Wherefore the premises considered

| | |
|---|---|
| /s/Deborah M. Nickson | /s/Larry L. Raby |
| Deborah M. Nickson (NIC025) | Larry L. Raby 9RAB002) |
| Attorney for Plaintiff | Attorney for Plaintiff |
| 8436 Crossland Loop, Ste 112 | Post Office Box 4751 |
| Montgomery, Alabama 36117 | Montgomery, Alabama 36103 |
| P. (334) 213-1233 F: (334) 213-1234 | (334) 652-8929 |
| Email: debnicks@bellsouth.com | Email: lewisraby@yhoo.com |

CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court and that a copy of the foregoing has been served upon the following by Electronic Mail and/or by placing a copy of same in the United States mail, properly addressed and postage prepaid on this the **20th day of February, 2022** to:

Constance Caldwell Walker
Attorney for Defendants
WEBB MCNEILL WALKER, PC
One Commerce Street, Suite 700
Montgomery, Alabama 36104

Respectfully submitted this the **20th day of February, 2022**.

Attorneys for Plaintiff:

/s/Deborah M. Nickson          /s/Larry L. Raby